# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In Re:** ) | | |
| **Christa Hollivay** ) | | **Chapter 7** |
| ) | | |
| ) | | **09 B 42186** |
| ) | | |
| **Debtor** ) | | **Judge Pierson Sonderby** |
| ) | | |

_____

## NOTICE OF MOTION FOR REDEMPTION

To: **Office of United States Trustee**, 219 S Dearborn St Ste 873, Chicago, IL 60604
**Trustee**: **Neville Reid,** 200 W. Madison, Ste 3000, Chicago, IL, 60606
**Debtor**: **Christa Hollivay,** 5047 Harbor Ln, Richton Park, Il 60471
**Creditor**: **GMAC**, 2740 Arthur St, Roseville, MN 55113
**Registered Agent: GMAC**, Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, IL 62703

PLEASE TAKE NOTICE that on February 3rd, 2009, at 10:00A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Pierson Sonderby or any other Bankruptcy Judge presiding in his or her place in Room 642 at 219 South Dearborn, Chicago, IL 60606 on the attached motion, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, the undersigned, an attorney, hereby certify that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee's and US Trustee via electronic filing through ECF on January 6th, 2009 and as to the Debtor, Creditor, and Registered Agent, by causing the same to be mailed in a properly addressed envelope, postage prepaid, in the U.S.Mail at 233 S Wacker Dr Ste 5150 Chicago, Illinois, 60606, before 5:00 p.m., on January 6th , 2009

/s/ David Gallagher
David Gallagher
Legal Helpers, PC
233 S Wacker Dr, Ste 5150
Chicago, IL 60606

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | |
|     **Christa Hollivay** | ) | **Chapter 7** |
| | ) | |
| | ) | **09 B 42186** |
| | ) | |
|     **Debtor** | ) | **Judge Pierson Sonderby** |
| | ) | |

## MOTION FOR REDEMPTION UNDER 11 U.S.C. 722

NOW COMES Debtor, by and through counsel Legal Helpers, P.C., and moves this Honorable Court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order and states in support thereof:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use, and is more particularly described as 2006 GMC Savanna G1500, VIN# 1GDFH15T261247109

2. The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt which is secured by said property to the extent of the allowed secured claim of the Creditor is a dischargeable consumer debt.

3. The allowed secured claim of GMAC for purposes of redemption, the "redemption value", should be determined to be not more than $13,943.00 as evidenced by the written vehicle condition report, attached as Exhibit A, and incorporated as is fully stated herein. **\*\*\*THE VALUE COMES FROM THE LOWEST AMOUNT GIVEN BY 722 REDEMPTION PRE-APPROVAL DOCUMENT.**

4. Arrangements have been made by the Debtor(s) to pay GMAC up to the aforesaid amount in a lump sum should this order of redemption be entered.

5.      The 2006 GMC Savanna G1500 is of inconsequential value or benefit to the estate.

WHEREFORE Debtor(s) prays this Honorable Court enter an order:

A.      Requiring GMAC to accept from Debtor(s) the lump sum payment of $13,943.00 the redemption value, and;

B.      Requiring GMAC to release its lien of record against the 2006 GMC Savanna G1500, VIN# 1GDFH15T261247109

C.      Allowing Debtor to redeem the subject property by paying to the creditor the redemption amount on or before the 30th day following entry of the order.

Respectfully Submitted,

/s/ David Gallagher
David Gallagher
Legal Helpers, P.C.
233 S Wacker Dr, Ste 5150
Chicago, IL 60606