## UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Judge: Honorable Susan Pierson Sonderby    Date of Hearing:  02/03/2010

Case No.: 09 B 42186          Adversary No.:

Title of Cause:  In Re: Christa Hollivay

Brief Statement of Motion:    Motion to Redeem Under 11 U.S.C. 722

The rules of this court require counsel to furnish the names of all parties entitled to notice of the entry of an order and the names and addresses of their attorneys.  Please do this immediately below (separate lists may be appended).

Names and                Legal Helpers, P.C.
Addresses of             233 S Wacker Dr Ste 5150
Moving counsel           Chicago, Illinois 60606


Representing:            Debtor


Names and
Addresses of
other counsel
entitled to
notice and names
of parties they
represent

### AGREED ORDER

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In Re: | | ) | |
| | Christa Hollivay | ) | **Chapter 7** |
| | | ) | |
| | | ) | **09 B 42186** |
| | | ) | |
| | Debtor | ) | **Judge Pierson Sonderby** |

_____

### AGREED ORDER GRANTING REDEMPTION

Upon the motion of the Debtor(s), the Court finds as follows:

A.     The tangible personal property described below is intended primarily for personal, family or household use of the debtor(s):

Year: <u>2006</u>     Make: <u>GMAC</u>  Model: <u>Savanna G1500</u> VIN# 1GDFH15T261247109

B.     The Debt owing GMAC is a dischargeable consumer debt and the Debtor(s) interest in

such property is exempt or has been abandoned by the estate.

C.     The value of the secured claim of GMAC for redemption purposes, the "redemption amount" is $13,943.00

**IT IS HEREBY ORDERED,**

1.     That the Debtor(s) may redeem the subject property by paying to GMAC on or before the 30th day following entry of this Order the redemption amount.
2.     Upon timely receipt of such payment, GMAC is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
3.     In the event of the failure of the Debtor(s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

DATED:_____                    SIGNED_____

United States Bankruptcy Judge

Prepared By:
Legal Helpers, P.C.
233 S Wacker Dr, Ste 5150
Chicago, IL 60606