IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| **Christa Hollivay** | ) | | **Chapter 7** |
| | ) | | |
| | ) | | **09 B 42186** |
| | ) | | |
| **Debtor** | ) | | **Judge Pierson Sonderby** |
| | ) | | |

_____

**SUPPLEMENT TO RULE 2016(b) ATTORNEY COMPENSATION STATMENT**

1. My firm has agreed to accept $600.00, for the following services:

   A. Preparing and Filing the Motion to Redeem the 2006 GMC Savanna G1500, VIN# 1GDFH15T261247109

2. I have not agreed to share the above disclosed compensation with a person or persons who are not members or associates of my law firm.

3. The source of such additional compensation paid to my firm was from the debtor(s) who obtained such funds by and through procuring a loan from 722 Redemption Funding, Inc. such lender being the source of funds the debtor(s) utilized to make payment of the redemption amount.

    /s/ David Gallagher
    David Gallagher
    Legal Helpers, P.C.
    233 S Wacker Dr, Ste 5150
    Chicago, IL 60606